**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| IN RE: | § | |
| --- | --- | --- |
| | § | CASE NO. 93-11064 |
| Barry Kenneth & Lynette Ingram Horn | § | |
| | § | |
| DEBTOR. | § | |
| | § | |

## ORDER TO PAY UNCLAIMED FUNDS

Considering the Motion for Recovery of Unclaimed Funds filed on behalf of Lynette Horn, and applicable law,

IT IS ORDERED that the Clerk of this Court pay the sum of $1,675.53 (representing the one half share of $3,351.06), to:

    Lynette Horn
    C/o Dilks & Knopik, LLC
    PO Box 502
    Redmond, WA 98073-0502.

Baton Rouge, Louisiana, June 15, 2004.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE